United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAID SAID, | No. C 07-1774 MEJ |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| OSG SHIP MANAGEMENT, INC., | **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |
| Defendant(s). _____/ | |

      The above-captioned matter is currently scheduled for a Case Management Conference on July 5, 2007. As the parties have not filed a joint case management conference statement, the Court CONTINUES the conference to July 12, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file their joint statement by July 5, 2007, and include a statement regarding their failure to timely file a joint statement in preparation for the previously-scheduled July 5 conference.

      Further, upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge James' jurisdiction or requests for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all

1 proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final
2 judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge
3 James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same
4 manner as an appeal from any other judgment of a district court.

5 You have the right to have your case assigned to a United States District Judge for trial and
6 disposition. Accordingly, the parties shall inform the Court whether they consent to Magistrate
7 Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy
8 of both the consent and declination forms may be obtained from the Northern District of California's
9 website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left
10 margin, then choose "Civil." The parties shall inform the Court as soon as possible, but no later than
11 July 5, 2007.

12 **IT IS SO ORDERED.**

14 Dated: June 29, 2007

MARIA ELENA JAMES
United States Magistrate Judge

2