UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAID SAID,

          Plaintiff(s),                      No. C 07-1774 PJH

    v.                                   **ORDER OF DISMISSAL**

OSG SHIP MANAGEMENT,

          Defendant(s).

_____/

      Counsel for the parties, having advised the court in writing that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within ninety (90) days.

      The March 27, 2008 case management conference is VACATED.

      SO ORDERED.

Dated:  March 25, 2008

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge